**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2015 JUL 27 P 12: 46

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:15MJ 391 |
| v. ) | (Class A Misdemeanor) |
| ) | Initial Appearance Date: July 28, 2015 |
| AIDAN G. MADISON ) | |

CRIMINAL INFORMATION
(Count 1 –Class A Misdemeanor - 4109792)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 12, 2015, at the George Washington Memorial Parkway, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, AIDAN G. MADISON, did unlawfully operate a motor vehicle after consuming alcohol while under the age of twenty-one.

(Violation of Title 18 United States Code, Section 13, assimilating Title 18.2, Code of Virginia, Section 266.1)

(Count 2 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about July 12, 2015, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, AIDAN G. MADISON, did unlawfully operate a motor vehicle while under the influence of intoxicating liquor or drugs, to a degree that rendered him incapable of safe operation of a motor vehicle.

(Violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1)).

(Count 3 - Class B Petty - 4109790)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about July 12, 2015, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, AIDAN G. MADISON, did unlawfully operate a motor vehicle on a highway in the Commonwealth of Virginia by exceeding the posted speed limit, to wit: traveling 75 mph in a posted 35 mph zone.

(Violation of Title 36, Code of Federal Regulations, Section 4.21(c)).

(Count 4 - Class B Petty - 4109793)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about July 12, 2015, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, AIDAN G. MADISON, did unlawfully drive a motor vehicle on the highways in the Commonwealth of Virginia at a speed of twenty miles per hour or more in excess of the applicable maximum speed limits.

(Violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 862(i)).

(Count 5 - Class B Petty - 4109794)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about July 12, 2015, at the George Washington Memorial Parkway, in the Eastern District of Virginia, the defendant, AIDAN G. MADISON, while operating a motor vehicle on a highway in the Commonwealth of Virginia, did fail to have the registration card issued by the Department or the registration card issued by the state or county in which the motor vehicle is registered in his possession.

(Violation of Title 36, Code of Federal Regulations, Section 4.2 adopting Title 46.2, Code of Virginia, Section 104)

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be hand-delivered to the defendant on the 28th day of July, 2015.

_____
Rosanne C. Haney
Assistant United States Attorney